IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEORGE CARTER,

    Plaintiff,

      v.                                    CIVIL ACTION FILE
                                           NO. 1:11-CV-2907-TWT
MICHAEL J. ASTRUE
Commissioner of Social Security,

    Defendant.


<u>ORDER</u>


    This is an action seeking judicial review of the decision of the Commissioner

denying the Plaintiff's application for Social Security disability benefits.  It is before

the Court on the Report and Recommendation [Doc.  20] of the Magistrate Judge

recommending affirming the decision of the Commissioner.  The Plaintiff's objection

that the ALJ failed to adequately develop the record is addressed completely in the

thorough and well-reasoned Report and Recommendation.   The Court approves and

adopts the Report and Recommendation as the judgment of the Court.  The decision

of the Commissioner is AFFIRMED.

SO ORDERED, this 27 day of November, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge