IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEORGE CARTER,
   Plaintiff,
     v.

MICHAEL J. ASTRUE
Commissioner of Social Security,
   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-2907-TWT

ORDER

This is an action seeking judicial review of the decision of the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 20] of the Magistrate Judge recommending affirming the decision of the Commissioner. The Plaintiff's objection that the ALJ failed to adequately develop the record is addressed completely in the thorough and well-reasoned Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner is AFFIRMED.

SO ORDERED, this 27 day of November, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge